**FILED**

June 1, 2022

**United States District Court**
**Western District of Texas**
**El Paso Division**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        SAJ

Deputy Clerk

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

        **v.**

**ADRIAN GIL II,**
        **Defendant.**

**S E A L E D**

**Case No: EP:22-CR-00773-DB**

**United States' Motion to Detain Defendant Without**
**Bond and Motion for Continuance**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1.    The Defendant is being charged with a violation of Title 18, United States Code, Sections 922(g)(3) & 924(a)(2) – *Drug User in Possession of Firearm*.

2.    The Defendant is a known drug user with an extensive criminal record, and, as such, presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

3.    The Defendant has a prior criminal history.

4.    There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold

the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:  _____ **for**

STANLEY M. SERWATKA
Assistant U.S. Attorney
Texas Bar #18038400
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884