FILED
June 1, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____SAJ_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN GIL II,<br><br>Defendant. | §§§§§§§§§§§§§<br><br>**SEALED**<br><br>**Case No: EP:22-CR-00773-DB** |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Motion to Seal Indictment in the above numbered cause and would show the Court as follows:

On May 4, 2022, the Grand Jury returned a True Bill of Indictment, charging the above named Defendant in the above numbered cause. The disclosure of the existence of the Indictment would seriously jeopardize the ability of law enforcement officers to locate the Defendant and apprehend Defendant without incident. The Government therefore seeks an Order of the Court placing the Indictment and related documents concerning the above-named Defendant in the above numbered cause under seal. **When the Defendant is arrested, the Indictment and related documents will be unsealed.**

11

Accordingly, the United States respectfully requests that the Indictment in the above entitled and numbered cause and this Motion and Order be sealed until further order of this Court or until the Defendant is arrested.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: _____ *for*
STANLEY M. SERWATKA
Assistant U.S. Attorney
Texas Bar #18038400
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

12