FILED
June 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____DT_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN GIL II,<br><br>Defendant. | § § **S E A L E D**<br>§<br>§<br>§<br>§<br>§  EP-22-CR-773-DB<br>§<br>§<br>§<br>§ |

## ORDER

On this date came on to be considered the Government's Motion to Seal the Indictment in the above-entitled and numbered cause and the Court having considered the same is of the opinion that said Motion should be granted.

IT IS HEREBY ORDERED that the Indictment, and all related documents concerning the above-named Defendant in the above numbered cause, be sealed except as otherwise provided below;

IT IS FURTHER ORDERED that all of the respective documents referred to above may be **unsealed at the time of the arrest of the Defendant** for Defendant's appearance before this Court pursuant to either Rule 5 or Rule 10, Fed. R. Crim. P.;

IT IS FURTHER ORDERED that the Indictment, Motion and Order, and related documents be SEALED by the Clerk, **to be unsealed upon the arrest of the Defendant** or until further order of this Court.

SIGNED and ENTERED this  2nd  day of  June , 2022.

*/s/ Miguel A. Torres*
UNITED STATES MAGISTRATE JUDGE

13