FILED
June 1, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____SAJ_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | **Case No: EP:22-CR-00773-DB** |
| **Plaintiff,** | § § | **S E A L E D** |
| v. | § § § | **I N D I C T M E N T** |
| **ADRIAN GIL II,** | § § § | CT 1: 18:922(g)(3) & 924(a)(2) – Drug User in Possession of Firearm. |
| **Defendant.** | § § § | *Notice of Government's Demand for Forfeiture* |

THE GRAND JURY CHARGES:

## COUNT ONE
(18 U.S.C. § 922(g)(3) & 18 U.S.C. § 924(a)(2))

On or about July 15, 2021, in the Western District of Texas, Defendant,

**ADRIAN GIL II,**

knowing that he was an unlawful user of a controlled substance as defined in Title 21 U.S.C. Sec. 802 did knowingly possess a firearm, that is, a Glock 22, .40 caliber handgun, bearing serial number KZB971, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Firearm Violations and Forfeiture Statutes
[Title 18 U.S.C. §§ 922(g)(3) and 924(a)(2), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the foregoing criminal violation set forth above, the United States of America gives notice to Defendant **ADRIAN GIL II** of its intent to seek the forfeiture of the properties described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1),

as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c). Section 924 states, in pertinent part, the following:

> **Title 18 U.S.C. § 924.**
> \* \* \*
>
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be subject to seizure and forfeiture under the provisions of this chapter. . .

The Notice of Demand of Forfeiture includes but is not limited to the properties described below in Paragraph II.

## II.
## Properties

1. FNH USA, LLC, model FNX-45 Tactical, .45 caliber pistol, bearing serial number FX3U082701;
2. Romarm/Cugir, model Mini Draco, .762 caliber pistol, bearing serial number PE00362017RO;
3. Keltec, model CNC Industries, Inc. SUB-2000, .40 caliber rifle, bearing serial number FXA80;
4. Taurus, model 85 Protector Poly, .357 caliber revolver, bearing serial number EZ64670;
5. Glock, .40 caliber handgun, bearing serial number KZB971;
6. FNH USA, LL, model 509; 9mm caliber pistol, bearing serial number GKS0063466;
7. 15 rounds of .45 caliber ammunition;
8. 30 rounds of .762 caliber ammunition;
9. 14 rounds of .40 caliber ammunition;
10. 25 rounds of 9mm caliber ammunition;
11. 4 rounds of .357 caliber ammunition; and
12. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

2