**FILED**
June 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____DT_____
DEPUTY

**U.S. Department of Justice**
United States Attorney

# United States District Court
## Western District of Texas

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § § | **S E A L E D** |
| Plaintiff, | § § | |
| v. | § § | **EP-22-CR-773-DB** |
| **ADRIAN GIL II**, | § § § | |
| Defendant. | § | |

### ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named Defendant, it is hereby ORDERED that warrant issue for the arrest of said Defendant, returnable instanter to the El Paso Division of this Court.

ENTERED at El Paso, Texas, this __2nd__ day of __June__ 2022.

_____
UNITED STATES MAGISTRATE JUDGE

The United States Attorney recommends the following bail:

| Defendant | Recommended Amount of Bail |
|---|---|
| **ADRIAN GIL II** | Detain No Bond |

14