AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

RECEIVED
U.S. MARSHALS

2022 JUN -3  A 10: 43

W / TX - EL PASO

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. EP-22-CR-773-DB |
| ADRIAN GIL II | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ADRIAN GIL II,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

CT 1: 18:922(g)(3) & 924(a)(2) - Drug User in Possession of Firearm

Date: 06/01/2022

*Issuing officer's signature*

E. Chairez, Deputy Clerk
*Printed name and title*

City and state: El Paso, Texas

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |