UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | Case Number: |
| vs. | § § § | EP:22-CR-00773(1)-DB RFC |
| (1) ADRIAN GIL II | § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Denise E. Butterworth, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this **16th day of June, 2022.**

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE