UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. EP-22-CR-00773-DB |
| | ) |
| ADRIAN GIL II, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S NOTICE OF APPEARANCE OF FORFEITURE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Kristal M. Wade is assigned to represent the United States in the above-captioned case on *all matters involving forfeiture proceedings*. Therefore, it is requested that Assistant United States Attorney Kristal M. Wade be added to the docket in the instant cause.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:   /s/
KRISTAL M. WADE
New Mexico Bar No. 8204
Assistant United States Attorney
700 E. San Antonio, Suite 200
El Paso, Texas 79901
Tel.: (915) 534-6884
Email:  kristal.wade@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participants:

**Denise E. Butterworth**
Denise E. Butterworth, P.C.
501 Kansas, Suite 200
El Paso, TX 79901
915-532-8250
Fax: 915/532-8253
Email: dbutterworthattorney@gmail.com
*Attorney for Defendant ADRIAN GIL II*

/s/
Kristal M. Wade
Assistant United States Attorney