AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ADRIAN GIL II<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. EP-22-CR-773-DB |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **ADRIAN GIL II**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

CT 1:  18:922(g)(3) & 924(a)(2) - Drug User in Possession of Firearm

Date:  06/01/2022

*Issuing officer's signature*

City and state:  El Paso, Texas

E. Chairez, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

Executed by ATF
On June 15, 2022
In El Paso, Texas

*Arresting officer's signature*

*Printed name and title*