UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | Case No. EP-22-CR-00773-DB |
| **Adrian Gil II,** | § § § | |
| **Defendant.** | § § | |

### PROTECTIVE ORDER

On this date came on to be considered the Government's Motion for a Protective Order. The Court, having considered the Motion for Protective Order, is of the opinion that said motion should be granted.

IT IS THEREFORE ORDERED that the Government's Motion for Protective Order be, and is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant Adrian Gil, II and his defense counsel shall not disseminate or disclose any Personal Identifying Information from the documents produced by the Government in this case or the content of any of the documents to any other person or entity. However, Defendant and defense counsel may disclose documents to support staff and any consulting expert witnesses as necessary for the preparation and litigation of this case. Any documents provided to support staff and consulting expert witnesses shall be returned to defense counsel no later than completion of this case in District Court.

IT IS FURTHER ORDERED that Defendant may enter the documents as exhibits and may utilize the contents of such documents during the questioning of witnesses at trial or at an

evidentiary hearing if such entry as an exhibit and such questioning is determined by the Court to be admissible and subject to the Court's requiring the redaction of any Personal Identifying Information contained in any document so admitted.

SIGNED and ENTERED this __18th__ day of August, 2022.

HONORABLE DAVID BRIONES
UNITED STATES DISTRICT JUDGE