UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Petitioner,<br><br>v.<br><br>ADRIAN GIL II,<br><br>  Respondent. | §<br>§<br>§<br>§<br>§   CRIMINAL NO. EP-22-CR-00773-DB<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**GOVERNMENT'S NOTICE OF SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Patricia J. Acosta is now assigned to represent the United States in the above-captioned case. Therefore, it is requested that Assistant United States Attorney Patricia J. Acosta be added to the docket in the instant cause. Please remove Kristal M. Wade as counsel for the government in this case.

ASHLEY C. HOFF
United States Attorney

By: _____/s/_____
Patricia J. Acosta
Assistant United States Attorney
Texas Bar No. 90001590
700 E. San Antonio, Suite 200
El Paso, Texas 79901
Tel.: (915) 534-688

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2022, the forgoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System.   Service is not applicable as there are no parties to be notified or served with this filing.

                                                                                  /s/
                                            Patricia J. Acosta
                                            Assistant United States Attorney