UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  EP:22-CR-00773(1)-DB |
| | § | |
| (1) ADRIAN GIL II | § | |

**ORDER SETTING PLEA - IN PERSON**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PLEA - IN PERSON** on **Thursday, November 03, 2022 at 10:30 AM** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

The Court finds that the interests of justice outweigh the Defendant's and the public's interests in a speedy trial.  *See* 18 U.S.C.A. § 3161(h)(B)(iv) (West 2000).  As such, the Court concludes that the time from **October 07, 2022 through November 03, 2022**, is excludable within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq*.  *See* 18 U.S.C.A. § 3161(h).

Signed this **7th day of October, 2022**.

_____
DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE