**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. EP-22-CR-00773-DB |
| | ) |
| ADRIAN GIL II, | ) |
| | ) |
| Defendant. | ) |

## ADVISORY TO THE COURT REGARDING FORFEITURE

NOW COMES the United States of America, Plaintiff, by and through the United States Attorney for the Western District of Texas, and files this Advisory to the Court Regarding Forfeiture in this case. The United States respectfully advises the Court as follows:

**I.**

On June 1, 2022, An Indictment (Doc. 4) was filed against Defendant ADRIAN GIL II in the instant criminal case. The Indictment included a Notice of United States of America's Demand for Forfeiture which sought the forfeiture of specific subject properties, namely:

1. FNH USA, LLC, model FNX-45 Tactical, .45 caliber pistol, bearing serial number FX3U082701;
2. Romarm/Cugir, model Mini Draco, .762 caliber pistol, bearing serial number PE00362017RO;
3. Keltec, model CNC Industries, Inc. SUB-2000, .40 caliber rifle, bearing serial number FXA80;
4. Taurus, model 85 Protector Poly, .357 caliber revolver, bearing serial number EZ64670;
5. Glock GMBH Unknown Machine Gun, caliber unknown, bearing serial number KZB971;
6. FNH USA, LL, model 509; 9mm caliber pistol, bearing serial number GKS0063466;
7. 15 rounds of .45 caliber ammunition;
8. 30 rounds of .762 caliber ammunition;
9. 14 rounds of .40 caliber ammunition;
10. 25 rounds of 9mm caliber ammunition;
11. 4 rounds of .357 caliber ammunition; and
12. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

hereinafter referred to as the Subject Properties.

## II.

The United States advises this Court that the Subject Properties have been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives. The United States hereby advises the Court that it will not seek judicial forfeiture of any properties in the instant criminal case.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By: /s/_____
Patricia J. Acosta
Assistant United States Attorney
Texas Bar No. 90001590
700 E. San Antonio, Suite 200
El Paso, Texas 79901
Tel.: (915) 534-6884
Email: patricia.acosta@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

**Denise E. Butterworth**
Denise E. Butterworth, P.C.
501 N. Kansas, Suite 200
El Paso, TX 79901
(915) 532-8250
Fax: (915) 532-8253
Email: dbutterworthattorney@gmail.com
*Attorneys for Defendant ADRIAN GIL II*

 

/s/ _____
Patricia J. Acosta
Assistant United States Attorney

2