UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. EP-22-CR-00773-DB |
| | ) |
| ADRIAN GIL II, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S NOTICE TO REMOVE FORFEITURE COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Patricia J. Acosta was assigned to represent the United States in the above-captioned case on *all matters involving forfeiture proceedings*. Forfeiture proceedings have now concluded, and it is requested that Assistant United States Attorney Patricia J. Acosta be removed from the docket in the instant cause.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:   /s/
Patricia J. Acosta
Assistant United States Attorney
Texas Bar No. 90001590
700 E. San Antonio, Suite 200
El Paso, Texas 79901
Tel.: (915) 534-6884
Email: patricia.acosta@usdoj.gov