IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) | |
| vs | )<br>) | NO. EP-22-CR-00773-DB |
| ADRIAN GIL, II,<br>    Defendant. | )<br>)<br>) | |

### ORDER

On this date, came on to be considered the Government's Motion Requesting Additional Time to Respond to Defendant's Motion to Withdraw His Plea and to Dismiss Indictment. The Court having considered same, is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that the Government's Motion Requesting Additional Time to Respond to Defendant's Motion to Withdraw His Guilty Plea and Dismiss Indictment is hereby GRANTED.

IT IS FURTHER ORDERED that the Government shall have until the close of business on March 17, 2023, in which to file its response.

SIGNED AND ENTERED this __6th__ day of March, 2023.

HON. DAVID BRIONES
UNITED STATES DISTRICT JUDGE