**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **VS.** | § | **Cause No. EP-22-CR-00773-DB** |
| | § | |
| | § | |
| **ADRIAN GIL II** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT NOTICE OF APPEAL**

Notice is hereby given that ADRIAN GIL II, Defendant in the above entitled and

numbered cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit from

the judgment entered by the United States District Court for the Western District of Texas on the

19th day of July, 2023, pursuant to 18 U.S.C., Section 3557, 18 U.S.C. Section 3742(a), Rule 32

Federal Rules of Criminal Procedure, and Rule 4(b), Federal Rules of Appellate Procedure.

Dated this the 21st day of July, 2023.

Respectfully submitted,
*/s/ Denise Butterworth*
DENISE E. BUTTERWORTH
Attorney for Defendant
501 N. Kansas, Suite 200
El Paso, TX 79901
(915)532-8250
dbutterworthattorney@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant  ADRIAN GIL'S

Notice of Appeal was served, via the Courts Electronic Filing System to all parties entitled on

this the 21st day of July, 2023.

/s/ *Denise Butterworth*
DENISE BUTTERWORTH