IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | EP-22-CR-773-DB |
| ADRIAN GIL II | § | |

## ORDER

On this day, the Court considered Attorney Denise E. Butterworth's ("Attorney Butterworth") "[ ] Motion to Withdraw as Attorney for Defendant Adrian Gill II and for Appointment of New Counsel for Appeal Purposes," filed on July 21, 2023. ECF No. 49. Therein, Attorney Butterworth asks the Court to permit her to withdraw as counsel for Defendant Adrian Gill II ("Mr. Gil) and appoint new counsel because Mr. Gil filed a "Notice of Appeal," ECF No. 48, and Attorney Butterworth is "not on the CJA Panel's 'list' of lawyers who do appellate representation." *Id.* at 2. After due consideration, the Court is of the opinion that the following orders should enter.

**IT IS HEREBY ORDERED** that Attorney Denise E. Butterworth's "[ ] Motion to Withdraw as Attorney for Defendant Adrian Gill II and for Appointment of New Counsel for Appeal Purposes," ECF No. 49, is **GRANTED**.

**IT IS FURTHER ORDERED** that Attorney Denise E. Butterworth is **WITHDRAWN** as counsel of record for Defendant Adrian Gil II.

**IT IS FINALLY ORDERED** that this case is **REFERRED** to a United States Magistrate Judge to appoint substitute counsel to represent Defendant Adrian Gil II for the purposes of appeal to the United States Court of Appeals for the Fifth Circuit.

SIGNED this 21ST day of **July 2023**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**