**United States District Court**
**Western District of Texas**
**El Paso Division**

FILED
Jul 24 2023
Clerk, U.S. District Court
Western District of Texas

By: _____CR_____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | No: EP:22-CR-00773(1)-DB |
| § § | |
| **(1) ADRIAN GIL II** § § | |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

This case was referred to this court by Senior United States District Judge David Briones for appointment of new counsel to represent the Defendant on appeal.

It is therefore ORDERED that Matthew DeKoatz shall be appointed to represent the Defendant on appeal.

It is, accordingly, so **ORDERED** this **24th day of July, 2023.**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE