IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA

V.                                                          NO. EP: 22 CR 00773-1-DB

ADRIAN GIL

MOTION FOR APPELLATE BOND

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Adrian Gil, Defendant-Appellant and respectfully makes this motion for appellate bond:

I.

Defendant Gil suggests that he is a good candidate for an appellate bond. He has been compliant with the Honorable Court's pretrial detention orders. He has a stable residence and is gainfully employed.

II.

Defendant-Appellant respectfully invites the Honorable Court to consider the most recent case of *United States v. Daniels*, 5th Circuit, No. 22-60596, August 9, 2023.

1

III.

The facts of *Daniels* are like those in the case at bar. Trial Counsel, Ms. D. Butterworth, Esq. has preserved Gil's argument in her motion to dismiss, which was denied by order. Defendant-Appellant is also respectfully moving for a new trial, considering the ruling in *Daniels*, supra. *Daniels* strikes down, on the basis of the 2nd Amendment, the constitutionality of the statute under which Gil is convicted.

WHEREFORE: Your Defendant-Appellant, Adrian Gil respectfully urges the Honorable Court to grant him an appellate bond. Defendant Gil thanks the Honorable Court and wishes the Honorable Court well.

Respectfully submitted,

/s/ Matthew Rex DeKoatz          DATE: August 10, 2023

Matthew Rex DeKoatz, Attorney
mateodekoatz@yahoo.com
521 Texas Ave., El Paso, TX 79901
Phone (915) 235-5330
Texas bar I.D. 05722300

## CERTIFICATE OF DELIVERY

I hereby certify that on the below date, a true and correct copy of the above instrument was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to: Mr. Adam Hines, Esq., AUSA.

/s/ Matthew Rex DeKoatz          DATE:  August 10, 2023

Matthew Rex DeKoatz, Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA

V.                                                                NO. EP: 22 CR 00773-1-DB

ADRIAN GIL

ORDER ON MOTION FOR APPELLATE BOND

On this day, the Honorable Court considered Defendant-Appellant, Adrian Gil's motion for appellate bond. After due consideration, the Court is of the opinion that the motion should be granted/denied.

SIGNED and ENTERED this ___ day of _____, 2023.

_____
The Honorable David Briones
District Court Judge
Western District of Texas.

4