IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA

V.                                                                  NO. EP: 22 CR 00773-1-DB

ADRIAN GIL

MOTION FOR EXTENSION OF TIME FOR WHICH DEFENDANT IS
REQUIRED TO SURRENDER

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Adrian Gil, Defendant-Appellant and respectfully makes this motion for extension of time in which to surrender himself to the United States Marshal in order that Gil begin serving his sentence:

I.

Defendant Gil respectfully moves that the Honorable Court please consider allowing Gil additional time in which to surrender himself to the US Marshal in order that Gil begin serving his sentence. Gil has been compliant with the Honorable Court's pretrial detention orders. Gil has a stable residence and is gainfully employed.

1

II.

Defendant-Appellant Gil knows that this Honorable Court is more than aware of the most recent case of *United States v. Daniels*, 5th Circuit, No. 22-60596, August 9, 2023. Gil is ordered to surrender on or before September 15, 2023, to the US Marshal.

III.

Defendant-Appellant Gil has filed a motion for new trial and motion for consideration of appellate bond. The application of *Daniels*, above, is yet to be seen, and shall, of course, now be determined by the Honorable D. Briones, District Court Judge, Western District of Texas.

IV.

For this Honorable Court and for the parties at bar to discern and analyze the impact, if any, of *Daniels* to the case at bar, Defendant-Appellant Gil moves for the Honorable Court to consider extending his surrender date to a time the Honorable Court considers reasonable, beyond September 15, 2023.

WHEREFORE: Your Defendant-Appellant, Adrian Gil respectfully urges the Honorable Court to grant him additional time, at the Court's discretion, and beyond the September 15, 2023 deadline in which Gil is ordered to surrender to the US Marshall for execution of Gil's sentence of 33 months of custody in the Federal Bureau of Prisons. Defendant Gil thanks the Honorable Court and wishes the Honorable Court well.

Respectfully submitted,

/s/ Matthew Rex DeKoatz					DATE: August 14, 2023

Matthew Rex DeKoatz, Attorney
mateodekoatz@yahoo.com
521 Texas Ave., El Paso, TX 79901
Phone (915) 235-5330
Texas bar I.D. 05722300

## CERTIFICATE OF DELIVERY

I hereby certify that on the below date, a true and correct copy of the above instrument was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to: Mr. Adam Hines, Esq., AUSA.

/s/ Matthew Rex DeKoatz            DATE:  August 14, 2023

Matthew Rex DeKoatz, Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA

V.                                                              NO. EP: 22 CR 00773-1-DB

ADRIAN GIL

## ORDER ON MOTION TO EXTEND SURRENDER DATE IN WHICH DEFENDANT-APPELLANT ADRIAN GIL IS REQUIRED TO SURRENDER TO THE UNITED STATES MARSHAL.

On this day, the Honorable Court considered Defendant-Appellant, Adrian Gil's motion to extend surrender date in which Defendant-Appellant Adrian Gil is required to surrender to the United States Marshall to begin Gil's sentence of 33 months of confinement in the Federal Bureau Prisons. Gil's current surrender date, ordered by the Honorable Court, D. Briones, Judge of the Western District of Texas, is September 15, 2023.

5

After due consideration, the Court is of the opinion that the motion should be granted/denied.

SIGNED and ENTERED this ___ day of _____, 2023.

_____

The Honorable David Briones
District Court Judge
Western District of Texas.