IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA

V.                                                                NO. EP: 22 CR 00773-1-DB

ADRIAN GIL

### ORDER ON MOTION TO EXTEND SURRENDER DATE IN WHICH DEFENDANT-APPELLANT ADRIAN GIL IS REQUIRED TO SURRENDER TO THE UNITED STATES MARSHAL.

On this day, the Honorable Court considered Defendant-Appellant, Adrian Gil's motion to extend surrender date in which Defendant-Appellant Adrian Gil is required to surrender to the United States Marshall to begin Gil's sentence of 33 months of confinement in the Federal Bureau Prisons. Gil's current surrender date, ordered by the Honorable Court, D. Briones, Judge of the Western District of Texas, is September 15, 2023.

After due consideration, the Court is of the opinion that the motion should be granted. Defendant is ordered to report wherever designated by the Bureau of Prisons by November 17, 2023 by 2:00 pm.

SIGNED and ENTERED this 14th day of Aug., 2023.

_____
The Honorable David Briones
District Court Judge
Western District of Texas.