IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA

V.   NO. EP: 22 CR 00773-1-DB

ADRIAN GIL

ORDER GRANTING MOTION FOR BOND PENDING APPEAL

On this day, the Honorable Court considered the Motion for Bond Pending Appeal, filed by the Defendant in the above-captioned case on August 10, 2023. The Court is of the opinion that the motion should be granted.

It is therefore ORDERED that the Defendant's Motion for Bond Pending Appeal be, and it is hereby GRANTED.  It is ORDERED that Adrian Gil remain on the same terms and conditions of release set by the Magistrate Judge on June 22, 2022, in ECF Doc. No. 15, pending resolution of his appeal pending in the United States Court of Appeals for the Fifth Circuit in Case No. 23-50525.

SIGNED and ENTERED this ___ day of _____, 2023.

_____

THE HONORBLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

1