# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. EP-22-CR-0773-DB |
| | § | |
| ADRIAN GIL, II, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

On this date came on to be considered the Government's Motion to Modify Scheduling Order. The Court, having considered the motion, is of the opinion that said motion should be granted.

IT IS THEREFORE ORDERED that the Court's Scheduling Order issued on May 16, 2024, is hereby suspended until further order of the Court.

SIGNED and ENTERED this  28th  day of  MAY , 2024.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE