IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. EP-22-CR-0773-DB |
| ADRIAN GIL, II, | § § § | |
| Defendant. | § § | |

## ORDER

On this day came on to be considered the government's Motion to Extend Time for Filing.

The Court having considered same, is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that the filing of the government's brief in the above cause is extended and is now due on or before July 18, 2024.

SIGNED AND ENTERED this ___1ST___ day of ___July___, 2024.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE