United States District Court
Western District of Texas
El Paso
**Deficiency Notice**

| | |
|---|---|
| To: | Serwatka, Stanley Michael |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, July 18, 2024 |
| Re: | 03:22-CR-00773-DB / Doc # 74 / Filed On: 07/18/2024 03:38 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Does not reflect that on the motion and order that it is the second one filed.  Please correct and refile.