IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. EP-22-CR-0773-DB |
| | § | |
| ADRIAN GIL, II. | § | |
| | § | |
| Defendant. | § | |

## SECOND ORDER

On this day came on to be considered the Government's Second Motion to Extend Time for Filing. The Court having considered same, is of the opinion that said Motion should be granted. IT IS THEREFORE ORDERED that the filing of the Government's brief in the above cause is extended and is now due on or before July 22, 2024.

SIGNED AND ENTERED this __19th__ day of __July__, 2024.

_____
DAVID BRIONES
UNITED STATES DISTRICT JUDGE