IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

UNITED STATES OF AMERICA

VS.                                           CASE NO. 22CR773DB

ADRIAN GIL, II

## MOTION TO DISMISS

Defendant Adrian Gil, II, through attorney, Mateo DeKoatz, respectfully files this Motion to dismiss the instant case, with prejudice.

Defendant suggests that the constitutionality of the charge against him has been ruled as unconstitutional under the Second Amendment, as applied. For this reason, Defendant respectfully moves for dismissal. Defendant respectfully moves that the Honorable Court grant this motion and Defendant thanks the Honorable Court.

1

Respectfully submitted,

 /s/ Mateo DeKoatz
Mateo DeKoatz
Attorney for Defendant
2000 Murchison, Suite C.
El Paso, Texas 79902
(915) 235-5330

mateodekoatz@yahoo.com

CERTIFICATE OF SERVICE

I certify that on October 24, 2024, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system and I served a copy of the motion on counsel for the Government: Office of the U.S. Attorney, by email.

 /s/ Mateo DeKoatz
Mateo DeKoatz

# IN THE UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                         **CASE NO. 22CR773DB**

**ADRIAN GIL, II**

On this day, the Court considered Defendant's Motion to Dismiss. The Court having considered the same, believes the Motion should be

GRANTED/DENIED.

Signed on  _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE
HON. DAVID BRIONES**