IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | EP-22-CR-00773-DB |
| ADRIAN GIL, II | § § § | |

## ORDER DENYING UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

On this day the Court considered "United States' Motion for Extension of Time to File Response," ("Motion") filed in the above-referenced case on November 6, 2024, ECF No. 82. On October 24, 2024, Defendant Adrian Gil, II ("Defendant") filed a second "Motion to Dismiss," in the above referenced case, ECF No. 81. In its Motion, the United States ("Government") "requests additional time to consider the merits of Defendant's claims fully and to assess the applicable law as it related to the issues potentially raised in Defendant's second motion." Mot. 1, ECF No. 82.

This Court is currently preparing a memorandum opinion reconsidering its previous denial of Defendant's original "Motion to Withdraw Plea of Guilty and Motion to Dismiss," which was filed on February 26, 2023, ECF No. 39[1]. After having considered the Government's instant Motion, the Court is of the opinion that such Motion should be denied.

---

[1] Memorandum Opinion and Order Denying Defendant's Motion to Withdraw His Guilty Plea and Dismiss Indictment filed on July 5, 2023, ECF No. 44.

**IT IS HEREBY ORDERED** that the Government's "Motion for Extension of Time to File Response," ECF No. 82 is **DENIED**.

SIGNED this __7th__ day of **November 2024**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE