# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | **CRIMINAL NO. EP-22-CR-00773-DB** |
| v. § | |
| § | |
| **ADRIAN GIL, II,** § | |
| § | |
| **Defendant.** § | |

## UNITED STATES' MOTION TO DISMISS INDICTMENT

TO THE HONORABLE JUDGE:

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the United States Attorney for the Western District of Texas, hereby moves to dismiss and requests that the Court dismiss the original Indictment, without prejudice, against Defendant **ADRIAN GIL, II**.

DATED: November 21, 2024      Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By:   *Stanley M. Serwatka*
STANLEY M. SERWATKA
Assistant U.S. Attorney
Texas Bar #18038400
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

## **CERTIFICATE OF SERVICE**

I hereby certify that on the November 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participant:

Matthew DeKoatz,
Attorney for Defendant

*Stanley M. Serwatka*
STANLEY M. SERWATKA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADRIAN GIL, II,<br><br>    Defendant. | §<br>§<br>§<br>§   CRIMINAL NO. EP-22-CR-00773-DB<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

On this date came to be considered United States' Motion to Dismiss the Indictment in the above captioned case.

After considering the United States' Motion and the status of this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Indictment filed on June 1, 2022, regarding Defendant, **ADRIAN GIL, II,** be dismissed, without prejudice.

SIGNED this _____ day of _____, 2024.

_____
HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE