IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | EP-22-CR-00773-DB |
| ADRIAN GIL, II | § | |

### FINAL JUDGMENT

On December 30, 2024, the Court entered an order which reconsidered and granted Defendant Adrian Gil, II's "Motion to Withdraw His Guilty Plea and Dismiss Indictment," ECF No. 39. The Court now enters a Final Judgment in accordance with Federal Rule of Criminal Procedure 32.

Accordingly, **IT IS HEREBY ORDERED** that Defendant Adrian Gil, II's "Motion to Withdraw Guilty Plea and Dismiss Indictment," ECF No. 39, is **GRANTED**.

**IT IS FURTHER ORDERED** that the previous "Memorandum Opinion and Order Denying Defendant's Motion to Withdraw His Guilty Plea and Dismiss Indictment, ECF No. 44, is **VACATED**.

**IT IS FURTHER ORDERED** that the "Sealed Indictment," under which Defendant has been charged, ECF No. 4, is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the duplicative "Motion to Dismiss," filed by Defendant Adrian Gil, II on October 24, 2024, ECF No. 80 is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Government's "Motion to Dismiss," filed on November 21, 2024, ECF No. 84, is also **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant Adrian Gil, II is **RELEASED** from any pretrial or bond conditions under which he had been previously subject.

**IT IS FINALLY ORDERED** that the District Clerk for the Western District of Texas **CLOSE** the above-referenced case.

SIGNED this 30TH day of **December 2024**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE