UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
__El Paso__ DIVISION

FILED
January 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MRC_____
DEPUTY

UNITED STATES OF AMERICA § 

VS. § NO. __22CR000773__

__Adrian Gil II__ §

## APPLICATION FOR RETURN OF CASH BAIL

Now comes __Irma I. Gil__ and represents to the Court that on __Jun. 22, 2022__ he/she deposited funds with the Clerk, U.S. District Court, Western District of Texas in the amount of __$2000.00__ as cash bail for the appearance of the defendant herein, to answer the charge or charges, filed against him/her in this cause; that the terms of said bond have now been satisfied; and that said petitioner is entitled to the return of said cash bail deposited by him/her.

WHEREFORE, petitioner requests the Court to enter an order directing the Clerk of this Court to return said cash bail to him/her.

Respectfully submitted,

__Irma I. Gil__
Signature

(Address provided under separate cover)

APPROVED:

BY: __Stanley Serwatka__
U.S. Attorney