**FILED**
January 14, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MRC_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> *Plaintiff* <br><br> VS <br><br> **ADRIAN GIL, II** | § § § § § § § § § <br><br> Case No. EP:22-CR-773-DB-01 |

## ORDER FOR RETURN OF CASH BAIL

Came on this date for consideration the application of **Irma I. Gil** for an order directing the Clerk of this Court to deliver to her the sum of $ **2000.00** heretofore deposited by her into the registry of the Court as cash bail for the appearance of the defendant herein, and it appearing to the court that the conditions of said bond have been complied with, the Court is of the opinion that said cash bail should be returned to Petitioner. It is therefore **ORDERED** that the Clerk of this Court deliver to the said **Irma I. Gil** the sum of $ **2000.00** heretofore deposited by her as cash bail for the appearance of the defendant herein.

ORDERED at **El Paso**, Texas, this the 14th day of January, 20 25.

_____
**UNITED STATES DISTRICT JUDGE**